# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00614-CV

### S. M. S. and L. A. E., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

## FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY
## NO. 18-0007-CPS395, THE HONORABLE RYAN D. LARSON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellants S. M. S. and L. A. E. filed their notices of appeal on September 3, 2019, and September 9, 2019, respectively. The appellate record was complete September 23, 2019, making appellants' briefs due October 14, 2019. On October 14, 2019, counsel for appellants filed motions for extension of time to file appellants' briefs.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions and order counsel to file appellants' briefs no later than November 4, 2019. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on October 18, 2019.


Before Chief Justice Rose, Justices Triana and Smith